HERMAN B. TAUBENFELD, Respondent, v. LYNN CONSTRUCTION CO., INC., Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the

weight of the credible evidence. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.